Prob 22 (Rev. 2/88) VAE (Rev. 1/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:22CR00139-001

**DOCKET NUMBER** *(Rec. Court)*

| | | | |
|---|---|---|---|
| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**<br>Jonathan F. Long<br>Camden County, North Carolina | **DISTRICT**<br>Eastern District of Virginia | **DIVISION**<br>Norfolk | |
| | **NAME OF SENTENCING JUDGE**<br>The Honorable John A. Gibney, Jr. | | |
| | **DATES OF PROBATION /SUPERVISED RELEASE:** | FROM<br>05/16/2025 | TO<br>05/15/2026 |

**OFFENSE:**
Count 1 – Accessory After the Fact of Falsifying, Tampering with, and Rendering Inaccurate a Monitoring Device Required by the Clean Air Act.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision):
Established residency in Camden County, North Carolina, with no intent to return to the Eastern District of Virginia.

## PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NORTH CAROLINA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. *

29 September 2025
*Date*

[signature]
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA.**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/2/2025
*Effective Date*

Richard E Myers II
*United States District Judge*